

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2019

No. 04-19-00503-CV

**CHESAPEAKE EXPLORATION, L.L.C.**, Chesapeake Operating, L.L.C., Jamestown
Resources, L.L.C., and OOGC American LLC,
Appellants

v.

**7K INVESTMENTS, LTD.**, et al,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 16-03-00030-CVL
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Ms. Leticia Escamilla is the court reporter responsible for preparing the portion of the reporter's record in this appeal from the jury trial in the 218th Judicial District Court in LaSalle County, Texas. Pursuant to an order from this court dated October 1, 2019, Ms. Escamilla was notified that she would be required to complete reporter's records that were pending in five appeals in the following order:

1. No. 04-19-00403-CV – *The Texas Brandon Corp. v. EOG Resources, Inc.*
2. No. 04-19-00357-CR – *Idrogo v. State*
3. No. 04-19-00543-CV – *Prado v. Lonestar Resources, Inc.*
4. No. 04-19-00534-CV – *EP Energy Co. v. Storey Minerals, Ltd.*
5. No. 04-19-00503-CV – *Chesapeake Expl., L.L.C.. v. 7K Investments, Ltd*.

The reporter's records in appeal numbers 04-19-00403-CV and 04-19-00357-CR have been filed. On October 15, 2019, an order was issued in appeal number 04-19-00534-CV permanently abating that appeal due to a bankruptcy stay; accordingly, Ms. Escamilla is not required to prepare the reporter's record in that appeal unless the appeal is subsequently reinstated by a future order issued by this court.

Pursuant to an order from this court dated October 10, 2019, Ms. Escamilla was ordered to file the reporter's record in appeal number 04-19-00543-CV by November 1, 2019, and Ms. Escamilla was ordered to work exclusively on that record until it is filed. The order states that if

Ms. Escamilla fails to timely comply with that order, "**she will be ordered to appear before this court and show cause why she should not be held in contempt of court**."

The reporter's record was originally due to be filed in this appeal on August 23, 2019. On August 26, 2019, Ms. Escamilla filed a notification of late record estimating the length of her portion of the reporter's record to be approximately 1,200 pages and requesting an extension of time to October 23, 2019. By order dated August 28, 2019, this court partially granted the requested extension, extending the deadline to September 23, 2019.

On September 25, 2019, Ms. Escamilla filed a second notification of late record estimating the length of the record to be approximately 1,400 pages and requesting an additional extension of time to file the record. The request is GRANTED. Ms. Escamilla is ORDERED to file her portion of the reporter's record in this appeal no later than thirty days after the date the reporter's record is filed in appeal number 04-19-00543-CV. Upon her filing of the record in appeal number 04-19-00543-CV, Ms. Escamilla is FURTHER ORDERED to work exclusively on the reporter's record for this appeal until the complete reporter's record is filed. Ms. Escamilla is FURTHER ORDERED to file a work log detailing her daily work on the reporter's record every Monday until the complete reporter's record is filed. Ms. Escamilla is FURTHER ORDERED to file the volumes of the reporter's record as they are completed. In the event Ms. Escamilla is unable to complete the reporter's record by the stated deadline, Ms. Escamilla is FURTHER ORDERED to file a notification of late record on the stated deadline stating the number of pages of the reporter's record filed to date, the number of pages outstanding, the number of pages Ms. Escamilla anticipates she will be able to complete each day, and an estimated date on which the complete reporter's record will be filed.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2019.

_Luz Estrada_
LUZ ESTRADA,
Chief Deputy Clerk